**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOHNNY LEE BROWN**                                                    **PLAINTIFF**

**vs.**                              **CIVIL ACTION No.: 3:19-CV-33-HTW-LGI**

**JUDGE BILL FREEMAN, SCOTT COUNTY,**
**MISSISSIPPI JUSTICE COURT JUDGE** *et al*                **DEFENDANTS**

<u>**ORDER**</u>

BEFORE THIS COURT is the Motion for Judgment on the Pleadings by Judge Bill Freeman **[Docket no. 48]**. Plaintiff has filed its response saying "Plaintiff moves that the Court accept this stipulation and grant the Motion without opposition." Accordingly, this court finds that plaintiff has conceded defendant's motion for judgment on the pleadings.

**IT IS, THEREFORE, ORDERED that** the Motion for Judgment on the Pleadings by Judge Bill Freeman **[Docket no. 48] is hereby GRANTED.**

**SO ORDERED AND ADJUDGED this the 25th day of June, 2021.**

s/ HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**